RALPH B. STRASSBURGER, Appellant, *v.* IRVING TRUST COMPANY, Respondent.

Argued February 27, 1942; decided April 16, 1942.

*Arthur Richenthal* and *Heinz A. L. Hellmold* for appellant.

*William A. Onderdonk* and *Paul E. Mead* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, LEWIS, CONWAY and DESMOND, JJ. Taking no part: RIPPEY, J.